**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TRAVIS LOWE,**

    **Plaintiff(s),**

**v.**                                                                       **CASE NO:  8:11-CV-678-T-30AEP**

**TIME TRANSPORTATION &**
**LEASING, INC. and JAMES H.**
**ARTHURS,**

    **Defendant(s).**
_____/

**ORDER OF DISMISSAL**

The Court has been advised via Defendants' Response to Court's Order to Show Cause Dated October 24, 2011, (Dkt. #14) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this Order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE and ORDERED** in Tampa, Florida on November 3, 2011.

                                                                    JAMES S. MOODY, JR.
                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-678 dismiss 14.docx